**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **DIANE NORWOOD, CAROLYN HOULE,** ANNETTE **ARNOLD, BETTY CABLE and** **VERA CARTER,** | **Case No. 05-CV-924 PAM/RLE** |
| **Plaintiffs,** | |
| **vs.** | |
| **WYETH, d/b/a WYETH, INC. and** **WYETH PHARMACEUTICALS;** **PFIZER, INC.; BRISTOL-MYERS SQUIBB** **COMPANY; GREENSTONE LTD.; ABBOTT** **LABORATORIES; and BARR** **LABORATORIES, INC.,** | |
| **Defendants.** | |

## ORDER OF DISMISSAL OF DEFENDANT
## BARR LABORATORIES, INC. AS TO CERTAIN PLAINTIFFS

Pending is a Joint Motion for Dismissal of Defendant Barr Laboratories, Inc. as to

plaintiffs Diane Norwood, Betty Cable, and Vera Carter (Doc. No. 5).

For good cause shown and because this is a joint motion, the Joint Motion for

Dismissal of Defendant Barr Laboratories, Inc. is GRANTED pursuant to the terms and

conditions contained in the Joint Motion. Accordingly, defendant Barr Laboratories, Inc. is

dismissed pursuant to the terms and conditions contained in the Joint Motion. The claims of

the non-moving plaintiffs, Carolyn Houle and Annette Arnold, against Barr Laboratories, Inc.

remain pending until further order of this Court.

IT IS ORDERED THIS   10th   day of June, 2005.

s/Paul A. Magnuson
Paul A. Magnuson
UNITED STATES DISTRICT JUDGE