**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| DIANE NORWOOD, CAROLYN HOULE, ANNETTE ARNOLD, BETTY CABLE, and VERA CARTER, <br><br> Plaintiffs, <br><br> v. <br><br> WYETH, d/b/a WYETH, INC. and WYETH PHARMACEUTICALS; PFIZER, INC.; BRISTOL-MYERS SQUIBB COMPANY; GREENSTONE LTD., ABBOTT LABORATORIES; and BARR LABORATORIES, INC., <br><br> Defendants. | ) <br> ) <br> ) Court File No. 05-924 <br> )   (PAM/RLE) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER OF DISMISSAL OF DEFENDANT ABBOTT LABORATORIES AS TO PLAINTIFFS DIANE NORWOOD, CAROLYN HOULE, ANNETTE ARNOLD AND VERA CARTER**

Pending is a Joint Motion for Dismissal of Defendant Abbott Laboratories as to plaintiffs DIANE NORWOOD, CAROLYN HOULE, ANNETTE ARNOLD AND VERA CARTER.

For good cause shown and because this is a joint motion, the Joint Motion for Dismissal of Defendant Abbott Laboratories is GRANTED pursuant to the terms and conditions contained in the Joint Motion. Accordingly, Defendant Abbott Laboratories is dismissed pursuant to the terms and conditions contained in the Joint Motion. The claims of the non-moving plaintiff, BETTY CABLE, against Abbott Laboratories remain pending until further order of this Court.

2

IT IS SO ORDERED this    27th    day of    June   , 2005.


                    s/Paul A. Magnuson
                    PAUL A. MAGNUSON
                    UNITED STATES DISTRICT JUDGE